| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF WASHINGTON |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Eastern WA Construction, Inc** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-5192432 | |
| 4. | **Debtor's address** | **Principal place of business**  **1564 Swartout Rd**  **Manson, WA 98831**  Number, Street, City, State & ZIP Code  **Chelan**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **51 Phoebe Ln (14 unit condo) Manson, WA 98831**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

| Debtor | Eastern WA Construction, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Eastern WA Construction, Inc**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 16, 2024**
MM / DD / YYYY

X **/s/ Jorge Ochoa**                          **Jorge Ochoa**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Metiner G. Kimel**                     Date **April 16, 2024**
Signature of attorney for debtor                MM / DD / YYYY

**Metiner G. Kimel**
Printed name

**Kimel Law Offices**
Firm name

**205 N. 40th Ave., Suite 205**
**Yakima, WA 98908**
Number, Street, City, State & ZIP Code

Contact phone **(509) 452-1115**    Email address **mkimel@mkimellaw.com**

**21280 WA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Eastern WA Construction, Inc** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allied Activities, Inc** 8836 W. Gage Blvd. Ste. 201A Kennewick, WA 99336 | | | | $933,182.52 | $0.00 | $933,182.52 |
| **Christensen, Inc** 10060 Jadwin Ave 09935-2000 | | | | $79,831.87 | $0.00 | $79,831.87 |
| **Dept Of Revenue** 3315 S 23rd St, Ste 300 Tacoma, WA 98405 | | | | $22,429.58 | $0.00 | $22,429.58 |
| **IRS Centralized Insolvency** PO Box 21126 Philadelphia, PA 19114-0326 | | | | $144,394.35 | $0.00 | $144,394.35 |
| **Joe Park Construction L.L.C.** PO Box 527 Yakima, WA 98907 | | | | $41,048.89 | $0.00 | $41,048.89 |
| **Jon Breiling and Michelle Breiling c/o Gatens Green Weidenbach, PLLC PO Box 533 Cashmere, WA 98815** | | | | $27,435.43 | $0.00 | $27,435.43 |
| **PACE Engineers, Inc** 11255 Kirkland Way, Suite 300 Kirkland, WA 98033 | | | | | | $2,573.00 |
| **Tamari's Properties LLC** 238 246th Way SE Sammamish, WA 98074 | | | | $474,200.00 | $0.00 | $474,200.00 |

| Debtor | Eastern WA Construction, Inc | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tri-Talent Funding Group Inc.**<br>**8555 SW Apple Way,**<br>**No. 330**<br>**Portland, OR 97225** | | | | $4,500,000.00 | $0.00 | $4,500,000.00 |

# United States Bankruptcy Court
## Eastern District of Washington

In re __Eastern WA Construction, Inc__    Case No. _____
                    Debtor(s)              Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jorge Ochoa**<br>**1564 Swartout Rd**<br>**Manson, WA 98831** | single class | no stock actually issued | 100% owner |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __April 16, 2024__         Signature __/s/ Jorge Ochoa__
                                          __Jorge Ochoa__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Washington

In re __Eastern WA Construction, Inc__  
Debtor(s)

Case No. _____  
Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __April 16, 2024__

__/s/ Jorge Ochoa__  
__Jorge Ochoa__/__President__  
Signer/Title

Eastern WA Construction, Inc
1564 Swartout Rd
Manson, WA 98831


Metiner G. Kimel
Kimel Law Offices
205 N. 40th Ave., Suite 205
Yakima, WA 98908


Allied Activities, Inc
8836 W. Gage Blvd. Ste. 201A
Kennewick, WA 99336


Christensen, Inc
10060 Jadwin Ave
 09935-2000


Clay M. Gatens
Gatens Green Weidenbach, PLLC
PO Box 533
Cashmere, WA 98815


Dept Of Revenue
3315 S 23rd St, Ste 300
Tacoma, WA 98405


G. Charley Bowers
Rettig Forgette Iller Bowers, LLP
8836 W. Gage Blvd. Ste. 201A
WA 99226


IRS Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114-0326


Joe Park Construction L.L.C.
PO Box 527
Yakima, WA 98907

Jon Breiling and Michelle Breiling
c/o Gatens Green Weidenbach, PLLC
PO Box 533
Cashmere, WA 98815


Larson Griffee & Perkins
105 N 3rd St
PO Box 550
Yakima, WA 98907


PACE Engineers, Inc
11255 Kirkland Way, Suite 300
Kirkland, WA 98033


Ries Law Firm, P.S.
1340 E Hunter PL
Moses Lake, WA 98837


Tamari's Properties LLC
238 246th Way SE
Sammamish, WA 98074


Tri-Talent Funding Group Inc.
8555 SW Apple Way, No. 330
Portland, OR 97225

# United States Bankruptcy Court
## Eastern District of Washington

In re __Eastern WA Construction, Inc__     Case No.
Debtor(s)     Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Eastern WA Construction, Inc__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jorge Ochoa**
**1564 Swartout Rd**
**Manson, WA 98831**

☐ None [*Check if applicable*]

**April 16, 2024**
Date

**/s/ Metiner G. Kimel**
**Metiner G. Kimel**
Signature of Attorney or Litigant
Counsel for __Eastern WA Construction, Inc__
**Kimel Law Offices**
**205 N. 40th Ave., Suite 205**
**Yakima, WA 98908**
**(509) 452-1115 Fax:(509) 965-5860**
**mkimel@mkimellaw.com**